Argued October 19, 20, 1943. Reargued March 8, 9, 1943. Decided June 14, 1943. *Per Curiam:* Judgment affirmed by an equally divided Court. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case. *Mr. John Dickinson,* with whom *Messrs. Guy W. Knight* and *John B. Prizer* were on the briefs, for petitioner. *Mr. Willard H. McEwen,* with whom *Messrs. Frank L. Mulholland, Clarence M. Mulholland,* and *Harold C. Heiss* were on the briefs, for respondents. By special leave of Court, *Mr. Robert L. Stern,* with whom *Solicitor General Fahy* was on the brief, for the United States, as *amicus curiae,* on the reargument.

No. —. EX PARTE D. PAVEL FIALA. June 14, 1943. Application denied for the want of original jurisdiction.

No. —, original. EX PARTE JOSEPH GRECO;

No. —, original. EX PARTE WILLIAM J. WHITE; and

No. —, original. EX PARTE JOHN RUSSELL MILLER. June 14, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 14, original. STEFFLER *v.* UNITED STATES. See *ante,* p. 38.

No. 761. UNITED STATES EX REL. BRENSILBER ET AL. *v.* BAUSCH & LOMB OPTICAL CO. ET AL. May 3, 1943.

*Mr. Homer Cummings* for petitioners. *Mr. Whitney North Seymour* for the

734

Bausch & Lomb Optical Co. et al.; and *Mr. Raymond M. White* for Carl Zeiss, Inc.,—respondents. *Solicitor General Fahy* and *Assistant Attorney General Tom C. Clark* filed a brief on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 863. MAGNOLIA PETROLEUM CO. ET AL. *v.* HUNT. May 3, 1943. Petition for writ of certiorari to the Court of Appeals, First Circuit, of Louisiana, granted. *Messrs. Cullen R. Liskow* and *Homer Hendricks* for petitioners.

No. 864. MERCHANTS NATIONAL BANK, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward C. Thayer* for petitioner. *Solicitor General Fahy* for respondent.

No. 830. BRADY, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY CO. See *post,* p. 777.

No. 882. NORTHWEST AIRLINES, INC. *v.* MINNESOTA. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Messrs. M. J. Doherty* and *W. E. Rumble* for petitioner. *Messrs. J. A. A. Burnquist,* Attorney General of Minnesota, and *Geo. B. Sjoselius,* Assistant Attorney General, for respondent.

No. 881. CONSUMERS IMPORT CO., INC. ET AL. *v.* KABUSHIKI KAISHA KAWASAKI ZOSENJO ET AL. May 10, 1943.